Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  
**Christopher Cormack Inman**

Case No. __19-32139-pcm13__

CONFIRMATION HEARING DATE: __08/16/19__

**ORDER CONFIRMING PLAN AND RESOLVING MOTIONS**

Debtor(s)

The debtor's plan having been provided to creditors and the Court having found that it complies with 11 USC § 1325, now, therefore IT IS ORDERED:

1. Debtor's plan (Docket # __8__) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in ¶ 4 below.

2. Pursuant to 11 USC §522(f)(1), the following liens are avoided [listed alphabetically, and only one per line, including each creditor's name, service address, and lien type (e.g., judicial lien or non-purchase money security interest)]:

3. Per the filed *Application for Compensation* (LBF 1305) and, if applicable, the *Fees and Expenses Itemization Through* _____ (LBF 1306), compensation to debtor's counsel of attorney fees of $__3450.00__ and expenses of $__0.00__, of which $__1000.00__ has been paid, leaving $__2450.00__ to be paid as funds become available per plan ¶ 4(c).

4. Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan:

5. The terms of this order are subject to any objection filed within 21 days by [listed alphabetically, and only one per line, including each creditor's name, service address]:

Additional Provisions, if any:

### ###

*I certify that on* __8/2/19__ *I provided this Order to the Trustee for submission to the court.*

/s/ Sean M. Neary
Debtor or Debtor's Attorney

Approved: /s/ J. Troutman for Wayne Godare
*Trustee*